UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JULISSA CRESPO, as Parent and Natural Guardian of :
B.T. 1, and JULISSA CRESPO, Individually; :
:
PAVLO POPOVYCHENKO, as Parent and Natural :
Guardian of V.P., and PAVLO POPOVYCHENKO, :
Individually, :
:
                Plaintiff, :
:     25-CV-07563 (JAV)
  -v- :
:     ORDER
MELISSA AVILES-RAMOS, in her official capacity as :
Chancellor of the New York City Department of :
Education, and the NEW YORK CITY DEPARTMENT :
OF EDUCATION, :
:
              Defendants. :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      It is hereby ORDERED that a hearing will be held scheduled with respect to Plaintiff's emergency motion for a temporary restraining order and preliminary injunction. ECF No. 6. The hearing will take place on **September 19, 2025,** at **12:45 p.m.**, in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      Defendants shall submit their response to the motion by **September 18 at 5:00 p.m.**

      SO ORDERED.

Dated: September 15, 2025
       New York, New York

                                                _____
                                                JEANNETTE A. VARGAS
                                                United States District Judge