UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 

JULISSA CRESPO, as Parent and Natural Guardian of B.T. 1, and JULISSA CRESPO, Individually;

PAVLO POPOVYCHENKO, as Parent and Natural Guardian of V.P., and PAVLO POPOVYCHENKO, Individually,

                      Plaintiffs,

    -v-

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

                      Defendants.
------------------------------------------------------------------X

25-CV-7563 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

     As stated on the record during the conference held earlier today, Plaintiffs' emergency motions for a temporary restraining order and/or preliminary injunction, ECF Nos. 6 & 13, are DENIED. The Clerk of Court is directed to terminate ECF Nos. 6 & 13.

     SO ORDERED.

Dated: September 19, 2025
       New York, New York

                                                                         _____
                                                                        JEANNETTE A. VARGAS
                                                                        United States District Judge