UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JULISSA CRESPO, as Parent and Natural Guardian of : 
B.T. 1, and JULISSA CRESPO, Individually; :
:
PAVLO POPOVYCHENKO, as Parent and Natural :
Guardian of V.P., and PAVLO POPOVYCHENKO, :
Individually, :
:
                Plaintiffs, :
: 25-CV-07563 (JAV)
   -v- :
: ORDER
MELISSA AVILES-RAMOS, in her official capacity as :
Chancellor of the New York City Department of :
Education, and the NEW YORK CITY DEPARTMENT :
OF EDUCATION, :
:
                Defendants. :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      It is hereby ORDERED that a hearing will be held with respect to Plaintiff's emergency motion for a temporary restraining order and preliminary injunction. ECF No. 25. The hearing will take place on **October 16, 2025,** at **2:30 p.m.**, in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      Defendants shall submit their response to the motion by **October 14, 2025, at 5:00 p.m.**

      SO ORDERED.

Dated: October 10, 2025
       New York, New York

                                                  _____
                                                    JEANNETTE A. VARGAS
                                                    United States District Judge