**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------X
JULISSA CRESPO, as Parent and Natural Guardian of
B.T., and JULISSA CRESPO, Individually; PAVLO
POPOVYCHENKO, as Parent and Natural Guardian of
V.P., and PAVLO POPOVYCHENKO, Individually,

                        Plaintiffs,                                    25 **CIVIL** 7563 (JAV)

            -against-                                                  **JUDGMENT**

  MELISSA AVILES-RAMOS, in her official capacity as
  Chancellor of the New York City Department of
  Education, and the NEW YORK CITY DEPARTMENT
  OF EDUCATION.


                        Defendants.
--------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated December 18, 2025, Plaintiffs' motion for

summary judgment is GRANTED IN PART AND DENIED IN PART and Defendants' motion

for summary judgment is GRANTED IN PART AND DENIED IN PART.

The Court declares iBRAIN as B.T. and V.P.'s pendency placement and requires DOE to fund

their placement at iBRAIN from the date they filed the DPC regarding their respective IEPs for

the 2025-2026 extended school year until each student's complaint is resolved. Such funding

shall include both tuition and transportation services with Sisters Travel, and such payments shall

be processed in the ordinary course; accordingly, the case is closed.

**Dated:**  New York, New York

        December 19, 2025

                                                        TAMMI M. HELLWIG
                                                _____
                                                        Clerk of Court

                                BY:
                                                        Deputy Clerk