1:25-cv-07563-JAV

# MANDATE

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of January, two thousand twenty-six.

Before:      Steven J. Menashi,
             *Circuit Judge.*

_____

Julissa Crespo, as Parent and Natural Guardian of B.T. and Individually, Pavlo Popovychenko, as Parent and Natural Guardian of V.P. and Individually,

        Plaintiffs - Appellants,

   v.

Melissa Aviles-Ramos, in her capacity as Chancellor of the New York City Department of Education, New York City Department of Education,

        Defendants - Appellees.

_____

**ORDER**

Docket Nos. 25-2405(L), 26-127(Con)

> USDC SDNY
>
> DOCUMENT
>
> ELECTRONICALLY FILED    2/19/2026

Appellants move for voluntary dismissal of the appeal under docket number 25-2405 "without prejudice." Appellees oppose the motion in part.

IT IS HEREBY ORDERED that the motion is GRANTED. The appeal under 25-2405 is dismissed without prejudice to Appellants pursuing the appeal under docket number 26-127.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

# MANDATE ISSUED ON 02/19/2026