UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

JULISSA CRESPO, Individually and as Parent and Natural Guardian of B.T.; and PAVLO POPOVYCHENKO, Individually and as Parent and Natural Guardian of V.P.,

Plaintiffs,

-v-

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

---------------------------------------------------------------------X

25-CV-07563 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

The Court does not consider requiring evidence of receipt of services prior to processing payments for those services contrary to the New York City Department of Education's "ordinary payment procedures" where such services undisputedly lapsed for several days during the payment period at issue. *Mendez v. Banks*, 65 F.4th 56, 60 (2d Cir. 2023); *see* ECF Nos. 67, 68. Accordingly, the parties are directed to file a joint status letter by **September 14, 2026**, which shall address whether Plaintiffs have provided documentation demonstrating receipt of services during the payment period at issue and that the status of DOE's processing of the pendency payments.

SO ORDERED.

Dated: August 17, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge